PHILLIP A. TALBERT
United States Attorney
PETER THOMPSON
Acting Chief Counsel, Region IX
Social Security Administration
MARLA K. LETELLIER
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4858
    Facsimile: (415) 744-0134
    E-Mail: Marla.Letellier@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN O. REDDEN,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:21-cv-01305-SKO<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME<br><br>(Doc. 17) |

    Pending the Court's approval, the time for Defendant to file her Response to Plaintiff's Motion for Summary Judgment is extended forty-five (45) days from September 29, 2022, up to and including November 14, 2022. This is the Defendant's first request for an extension.

    Defendant requests this extension due to her son and husband's unexpected illness. Additionally, Defendant requests a 45 day extension due to Counsel's extremely high workload. For example, Counsel for Defendant is currently responsible for drafting dispositive briefs in 12 Federal District Court cases between September 26, 2022 and October 14, 2022. Defendant appreciates Plaintiff's Counsel's professional courtesy and apologizes to the Court for the inconvenience.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  September 28, 2022

PHILLIP A. TALBERT
United States Attorney
PETER THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration

By   /s/  Marla K. Letellier
MARLA K. LETELLIER
Special Assistant U.S. Attorney

Attorneys for Defendant

Dated: September 28, 2022

THE METSKER LAW FIRM

By   /s/  John Metsker*
(*as authorized via e-mail on September 28, 2022)
JOHN METSKER
Attorney for Plaintiff

## **ORDER**

Pursuant to the parties' stipulation (Doc. 17), IT IS SO ORDERED that Defendant shall have an extension, up to and including November 14, 2022, to file her response to Plaintiff's Opening Brief.  All other deadlines in the Scheduling Order (Doc. 9) are extended accordingly.

IT IS SO ORDERED.

Dated:   **September 29, 2022**               /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE