1  PHILLIP A. TALBERT
   United States Attorney
2  MATHEW W. PILE, WSBA 32245
   Associate General Counsel
3  Office of Program Litigation, Office 7
   Social Security Administration
4  MARLA K. LETELLIER
5  Special Assistant United States Attorney
           160 Spear Street, Suite 800
6          San Francisco, California 94105
           Telephone:  (510) 970-4858
7          Facsimile:  (415) 744-0134
8          E-Mail: Marla.Letellier@ssa.gov

9  Attorneys for Defendant

10                     **UNITED STATES DISTRICT COURT**

11                     **EASTERN DISTRICT OF CALIFORNIA**

12

13  JUSTIN O. REDDEN,                    ) Case No.: 1:21-cv-01305-SKO
                                         )
14              Plaintiff,               ) STIPULATION FOR VOLUNTARY
                                         ) REMAND PURSUANT TO SENTENCE
15       vs.                             ) FOUR OF 42 U.S.C. § 405(g) AND TO
                                         ) ENTRY OF JUDGMENT
16  KILOLO KIJAKAZI, Acting Commissioner of ) (Doc. 19)
                                         )
17  Social Security,                     )
                                         )
18                                       )
                Defendant.                )
19

20
       IT IS HEREBY STIPULATED, by and between the parties, through their undersigned
21
    attorneys, and with the approval of the Court, that the Commissioner of Social Security has
22
    agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).  The
23
    purpose of the remand is to offer Plaintiff a new decision.
24
       On remand, the Commissioner will further develop the record as necessary, and issue a
25
    new decision. The parties further request that the Clerk of the Court be directed to enter a final
26
    judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the
27
    Commissioner.
28

Stip for Remand; Order                          1

Respectfully submitted,

Dated:  November 14, 2022  PHILLIP A. TALBERT
United States Attorney
PETER THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration

By  /s/ *Marla K. Letellier*
MARLA K. LETELLIER
Special Assistant U.S. Attorney

Attorneys for Defendant

Dated:  November 14, 2022  THE METSKER LAW FIRM

By  /s/ *John Metsker**
(*as authorized via e-mail on November 14, 2022)
JOHN METSKER
Attorney for Plaintiff

### ORDER

Based on the parties' foregoing Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for good cause shown, IT IS ORDERED that the above captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

The Clerk of the Court shall enter a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final decision of the Commissioner.  The Clerk shall also administratively close this file.

IT IS SO ORDERED.

Dated:  **November 15, 2022**   /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE